IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN DUENAS                                                                    PLAINTIFF

            v.                            Civil No. 6:09-cv-06004

SHERIFF LARRY SANDERS;
OFFICER CANNON, Garland
County Detention Center; and
JAILER DORRIS, Garland County
Detention Center                                                              DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

        John Duenas (hereinafter Duenas) filed this *pro se* civil rights action pursuant to 42 U.S.C.

§ 1983 on January 9, 2009.  His complaint was filed *in forma pauperis*.

        On October 12, 2009, Defendants filed a motion for summary judgment (Doc. 16).  On June

17, 2010, I entered an order (Doc. 19) directing Duenas to complete, sign and return an attached

questionnaire that would serve as his response to the summary judgment motion.  Duenas's response

to the questionnaire was to be returned by July 14, 2010.

        To date, Duenas has failed to respond to the questionnaire.  The Court's order and attached

questionnaire have not been returned as undeliverable.  The order was mailed to the same address

as the Court's prior orders.  Plaintiff has not informed the Court of any change in his address.  He

has not communicated with the Court in anyway.

        I therefore recommend Duenas's claims be dismissed on the grounds he has failed to

prosecute this action and comply with the order of the court.  *See* Fed. R. Civ. P. 41(b).

        **The parties have fourteen (14) days from receipt of the report and recommendation in**

**which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely**

objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

DATED this 2nd day of August 2010.


/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE